**DISMISS; and Opinion Filed January 28, 2015.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00092-CV

### IN RE LINDA J. HART, Relator

**Original Proceeding in the Court of Appeals Fifth District of Texas at Dallas**

**Dallas County, Texas**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

By letter dated January 22, 2015, relator notified this Court of her complaints concerning various actions by the Dallas County District Clerk's office.[1] She requested that the deputy clerks of whom she complains be recused. We treat the letter as a petition for writ of mandamus.

Texas courts of appeals have been granted limited original jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). We are granted mandamus jurisdiction over a district clerk only when the actions of the district clerk interfere with the exercise of this Court's appellate jurisdiction. *In re Smith,* 263 S.W.3d 93, 95 (Tex. App.—Houston [1st Dist.] 2006, no pet.). Relator's petition does not allege any action that constitutes interference with this Court's appellate jurisdiction.

---

[1] Relator names the Dallas County Sheriff's Department as a party to her petition but her petition does not appear to raise any complaints regarding the actions of the Sheriff's Department. In any event, the Court lacks jurisdiction to grant a petition for writ of mandamus against the Dallas County Sheriff or her staff. *Silva v. Klevenhagen,* 833 S.W.2d 746, 747 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding) (court of appeals lacked jurisdiction to issue writ of mandamus to sheriff because he was not judge of district or county court and writ was not necessary to enforce jurisdiction of court of appeals).

Accordingly, we dismiss the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150092F.P05